```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 24466
    JOAQUIN MARTINEZ
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
    SSN XXX-XX-5479


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/28/2007 and was not confirmed.

      The case was dismissed without confirmation 04/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------

SELECT PORTFOLIO SERVICI CURRENT MORTG          .00             .00             .00
AMERICAN GENERAL FINANCE UNSEC W/INTER    NOT FILED             .00             .00
AMERICAN GENERAL FINANCE UNSEC W/INTER    NOT FILED             .00             .00
AMERICAN GENERAL FINANCE UNSEC W/INTER    NOT FILED             .00             .00
AMERICAN GENERAL FINANCE UNSEC W/INTER    NOT FILED             .00             .00
ARONSON FURNITURE        UNSEC W/INTER      1721.04             .00             .00
ARONSON FURNITURE        UNSEC W/INTER    NOT FILED             .00             .00
CAPITAL FIRST BANK       UNSEC W/INTER    NOT FILED             .00             .00
CENTRIX RESOURCE SYSTEM  UNSEC W/INTER    NOT FILED             .00             .00
HSBC/TAX                 UNSEC W/INTER    NOT FILED             .00             .00
IC SYSTEMS               UNSEC W/INTER    NOT FILED             .00             .00
NICOR GAS                UNSEC W/INTER    NOT FILED             .00             .00
NUVELL CREDIT            UNSEC W/INTER    NOT FILED             .00             .00
WELLS FARGO FINANCIAL IN UNSEC W/INTER     11829.98             .00             .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE          .00             .00             .00
IL STATE DISBURSEMENT UN DSO ARREARS      NOT FILED             .00             .00
ARONSON FURNITURE        SECURED NOT I     575.00              .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,873.00                          836.32
TOM VAUGHN               TRUSTEE                                             72.72
DEBTOR REFUND            REFUND                                                 .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  909.04

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  836.32
TRUSTEE COMPENSATION                             72.72
DEBTOR REFUND                                      .00
                      ---------------   ---------------
TOTALS                   909.04                 909.04

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24466 JOAQUIN MARTINEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE